**LISA R. LANG**
 Lisa Lang Law LLC/JP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**MICHAEL TEDDY,**

             Plaintiff,           Civil Action No. 3:24-cv-00230-JR

 vs.

**COMMISSIONER of Social Security,**    ORDER GRANTING AWARD
              **Defendant**          /    OF EAJA FEES, EXPENSES COSTS

**ORDER**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$8,393.83**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and deposited to his attorney's account through IPP.

Done this 17th day of June, 2025.

      /s/ Jolie A. Russo
      Jolie A. Russo
      U.S. Magistrate Judge

Presented by:

s/*Lisa R. Lang*
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035