LISA R. LANG, OSB NO. 025035
LISA LANG LAW LLC *(formerly Johnston Porter Law Office PC)*
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 714-7579
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

MICHAEL TEDDY
      Plaintiff,

vs.

COMMISSIONER of Social Security,
      Defendant

Civil Action No. 3:24-cv-00230-JR

ORDER GRANTING AWARD
OF ATTORNEYS FEES UNDER
42 U.S.C. § 406(b)

## ORDER

Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $24,730.00, minus $15,819.41 in EAJA fees received for a total amount of $8,910.10 withheld for Plaintiff's federal Court attorneys' fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this 8th day of December, 2025.

                                              /s/ Jolie A. Russo
                                              Jolie A. Russo
                                              U.S. Magistrate Judge